BRODSKY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by

Morris Brodsky against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. Isidor Cohn, for respondent.

PER CURIAM. Although the evidence might well lead to a different conclusion from that reached by the learned justice in the court below, it was, nevertheless, conflicting, and there is not a preponderance in defendant's favor sufficiently strong to warrant this court in disturbing the verdict. Judgment affirmed, with costs.